# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STEVEN J. CHARLES

NO. 2025 KW 1249

**FEBRUARY 23, 2026**

---

In Re:     Steven J. Charles, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           548792.

---

BEFORE:   **LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.** Any challenge to a previous conviction which is not made before sentence is imposed may not thereafter be raised to attack the sentence. La. R.S. 15:529.1(D)(1)(b); **State v. Chaney,** 2020-0981 (La. App. 1st Cir. 6/4/21), 327 So.3d 1038, 1042, writ denied, 2021-01204 (La. 11/10/21), 326 So.3d 1251. Furthermore, relator's claims regarding his non-unanimous verdict is not cognizable in a motion to correct an illegal sentence. See **State v. Gedric,** 99-1213 (La. App. 1st Cir. 6/3/99), 741 So.2d 849, 851-52 (*per curiam*), writ denied, 99-1830 (La. 11/5/99), 751 So.2d 239. Accordingly, the district court did not err by denying the motion to correct an illegal sentence.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT